# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL FONTANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:18-cv-00516-MPK |
| v. | ) |
| | ) |
| PACIFIC INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a), having settled the case, the parties stipulate to the dismissal of this action.

Respectfully submitted,

*/s/ Matthew L. Kurzweg*
Matthew L. Kurzweg, Esquire
Attorney for Plaintiff


/s/ [signature]

Cynthia L. Bernstiel, Esquire
Attorney for Defendant


IT IS SO ORDERED:


_____          _____
Date                                      Maureen P. Kelly
                                                United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, a true copy of the foregoing document was served by ECF upon all attorneys of record.

                                              */s/ Matthew L. Kurzweg*
                                              Matthew L. Kurzweg, Esquire