# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL FONTANA, | ) |
| Plaintiff, | ) |
| | ) No. 2:18-cv-00516-MPK |
| v. | ) |
| PACIFIC INDEMNITY COMPANY, | ) |
| Defendant. | ) |

## ORDER RE: STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a), having settled the case, the parties stipulate to the dismissal of this action.

Respectfully submitted,

*/s/ Matthew L. Kurzweg*
Matthew L. Kurzweg, Esquire
Attorney for Plaintiff

/s/ *[signature]*
Cynthia L. Bernstiel, Esquire
Attorney for Defendant

IT IS SO ORDERED:

May 31, 2019
Date

*[signature]*
Maureen P. Kelly
United States Magistrate Judge